UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant.* | Civil Action No. 22-0105 (CRC) |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant U.S. Department of State (the "Department") respectfully requests a thirty-day extension of time to respond to Plaintiff's Complaint (from March 2, 2022, to April 1, 2022). In support of this motion, Defendant states as follows:

1. Plaintiff has brought a Freedom of Information Act ("FOIA") challenge regarding a FOIA request it submitted to the Department, as described in ¶ 6 of the Complaint.

2. Currently, Defendant's deadline to respond to the Complaint is March 2, 2022.

3. Defendant submits that good cause exists for the requested extension. Agency counsel was only just recently assigned to this matter, and Defendant needs additional time to respond adequately to the Complaint. In addition, the Department was not properly served with the Complaint at the correct address (*see* 22 C.F.R. § 172.2(a)).

4. Provided this extension is granted, Defendant agrees to waive any arguments it has pertaining to improper service of the Complaint, as this extension will allow Defendant the time it needs to respond substantively.

5. The requested extension would make Defendant's response due April 1, 2022.

6. This is the first requested extension of any sort in this case.

7. The requested extension will have no effect on other previously set deadlines because there are none.

8. Counsel for the parties conferred on February 22, 2022, pursuant to Local Civil Rule 7(m), and Plaintiff does not oppose the relief requested in this motion.

Dated:  February 22, 2022               Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendant*