UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 22-0105 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Unopposed Motion to Extend Time, it is hereby ORDERED that the motion is granted.

It is further ORDERED that Defendant shall respond to the Complaint on or before April 1, 2022.

SO ORDERED, this _____ day of February, 2022.

_____
HON. CHRISTOPHER R. COOPER
United States District Judge