UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 22-0105 (CRC) |

## **JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. As of the date of this filing, no final determination has yet been made pursuant to 5 U.S.C. § 552(a)(6)(A)(i) of the FOIA. The parties will work together to attempt to compile a mutually agreeable list of search terms and hits, conduct the search, and begin producing responsive documents. The parties will provide a further update in their next Joint Status Report.

3. The parties respectfully request that they be permitted to file their next Joint Status Report on June 1, 2022, and that further briefing be deferred at this time.

\*   \*   \*

Dated:  April 1, 2022

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

*/s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    */s/ Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendant*