UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 22-0105 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's April 1, 2022 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. On May 27, 2022, the parties agreed upon the search terms that the Department of State ("Department") will use to perform its centralized search for documents potentially responsive to Plaintiff's request. The Department has identified approximately 1,200 records based on that search. The Department expects to provide its first production by July 13, 2022, and expects to provide Plaintiff with non-exempt, responsive documents on a rolling basis every six weeks thereafter until processing is complete, processing an average of 450 pages per production.

3. The parties respectfully request that they be permitted to file their next Joint Status Report on September 1, 2022, and that further briefing be deferred at this time.

\*   \*   \*

Dated:  June 1, 2022                                        Respectfully submitted,

                                                                 PROTECT THE PUBLIC'S TRUST
                                                                 By Counsel:

                                                                */s/ Gary M. Lawkowski*
                                                                 Gary M. Lawkowski
                                                               D.D.C. Bar ID: VA125
                                                               DHILLON LAW GROUP, INC.
                                                               2121 Eisenhower Avenue, Suite 402
                                                               Alexandria, Virginia 22314
                                                               Telephone: 703-965-0330
                                                               Facsimile: 415-520-6593
                                                               GLawkowski@Dhillonlaw.com

                                                               *Counsel for Plaintiff*

                                                               MATTHEW M. GRAVES, D.C. Bar No. 481052
                                                               United States Attorney

                                                               BRIAN P. HUDAK
                                                               Chief, Civil Division

                      By:     */s/ Douglas C. Dreier*
                                                              DOUGLAS C. DREIER, D.C. Bar No. 1020234
                                                               Assistant United States Attorney – Civil Division
                                                               U.S. Attorney's Office for the District of Columbia
                                                               601 D Street, N.W.
                                                               Washington, D.C.  20530
                                                               (202) 252-2551
                                                               douglas.dreier@usdoj.gov

                                                               *Counsel for Defendant*