UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

        *Plaintiff,*

v.

U.S. DEPARTMENT OF STATE,

        *Defendant*.

Civil Action No. 22-0105 (CRC)

## JOINT STATUS REPORT

Pursuant to the Court's June 2, 2022 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. On May 27, 2022, the parties agreed upon the search terms that the Department of State ("Department") will use to perform its centralized search for documents potentially responsive to Plaintiff's request. The Department has identified approximately 1,200 records based on that search. Since the parties' last Joint Status Report, the Department has made interim releases to Plaintiff on July 13, 2022, and August 24, 2022. The Department expects to provide Plaintiff with non-exempt, responsive documents on a rolling basis every six weeks until processing is complete, processing an average of 450 pages per production.

3. Plaintiff has inquired about how many pages are contained in the approximately 1,200 records identified by the Department as potentially responsive. The Department has indicated that it will seek to provide an estimate promptly.

4. The parties respectfully request that they be permitted to file their next Joint Status Report on December 1, 2022, and that further briefing be deferred at this time.

Dated:  September 1, 2022

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

/s/ Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Douglas C. Dreier
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendant*