UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 22-0105 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's September 6, 2022 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2.      On May 27, 2022, the parties agreed upon the search terms that the Department of State ("Department") will use to perform its centralized search for documents potentially responsive to Plaintiff's request.  The Department identified approximately 1,200 records based on that search.  Since the parties' last Joint Status Report, the Department has made interim releases to Plaintiff on October 5, 2022, and November 16, 2022.  The Department expects to provide Plaintiff with non-exempt, responsive documents on a rolling basis every six weeks until processing is complete, processing an average of 450 pages per production.

3.      At this point, of the approximately 1,200 identified records, only approximately 908 records remain.  These approximately 908 records contain approximately 24,000 pages.  The

Department will require a few production cycles to get a better grasp on the contents of these

remaining records and whether further narrowing must occur to ensure that this litigation is

resolved in a timely fashion.

     4.     The parties respectfully request that they be permitted to file their next Joint Status

Report on February 16, 2022, and that further briefing be deferred at this time.

Dated:  December 1, 2022           Respectfully submitted,

           PROTECT THE PUBLIC'S TRUST
           By Counsel:

           */s/ Gary M. Lawkowski*
           Gary M. Lawkowski
           D.D.C. Bar ID: VA125
           DHILLON LAW GROUP, INC.
           2121 Eisenhower Avenue, Suite 402
           Alexandria, Virginia 22314
           Telephone: 703-965-0330
           Facsimile: 415-520-6593
           GLawkowski@Dhillonlaw.com

           *Counsel for Plaintiff*

           MATTHEW M. GRAVES, D.C. Bar No. 481052
           United States Attorney

           BRIAN P. HUDAK
           Chief, Civil Division

By:    */s/ Douglas C. Dreier*
           DOUGLAS C. DREIER, D.C. Bar No. 1020234
           Assistant United States Attorney – Civil Division
           U.S. Attorney's Office for the District of Columbia
           601 D Street, N.W.
           Washington, D.C.  20530
           (202) 252-2551
           douglas.dreier@usdoj.gov

           *Counsel for the United States of America*