UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant.* | Civil Action No. 22-0105 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's December 1, 2022 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. On May 27, 2022, the parties agreed upon the search terms that the Department of State ("Department") will use to perform its centralized search for documents potentially responsive to Plaintiff's request. The Department identified approximately 1,200 records based on that search. Since the parties' December 1, 2022 Joint Status Report, the Department has made interim releases to Plaintiff on December 28, 2022 (corrected version released on January 4, 2023) and February 8, 2023. The Department expects to provide Plaintiff with non-exempt, responsive documents on a rolling basis every six weeks until processing is complete, processing an average of 450 pages per production.

3.     At this point, of the approximately 1,200 identified records, only approximately 830 records remain. These approximately 830 records contain approximately 22,000 pages. As previously reported, the Department will require a few production cycles to get a better grasp on the contents of these remaining records and whether further narrowing must occur to ensure that this litigation is resolved in a timely fashion.

4.     The parties respectfully request that they be permitted to file their next Joint Status Report on May 18, 2023, and that further briefing be deferred at this time.

*     *     *

Dated:  February 16, 2023

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

*/s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*