## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 1:22-cv-00105-CRC |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

## NOTICE

Consistent with Local Rule of Civil Procedure 26.1, Plaintiff Protect the Public's Trust hereby provides notice that it has transferred its assets, liabilities, and rights to Government Oversight and Education, Inc d/b/a Protect the Public's Trust.  Government Oversight and Education, Inc d/b/a Protect the Public's Trust is a nonstock corporation.

Plaintiff will also file a Certificate of Disclosure of Corporate Affiliations and Financial Interests, which will state that, the best of his knowledge and belief, counsel of record is not aware of any parent company, subsidiary, affiliates, or companies which own at least 10% of the stock of Government Oversight and Education, Inc d/b/a Protect the Public's Trust which have outstanding securities in the hands of the public.

Dated: July 12, 2023            Respectfully submitted,

By: /s/ Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com
*Counsel for the Plaintiff*