CO-386
10/2018

# United States District Court
# For the District of Columbia

Protect the Public's Trust        )
                                  )
                                  )
                                  )
                                  )
            vs        Plaintiff   )    Civil Action No. 22-cv-00105-CRC
                                  )
U.S. Department of State          )
                                  )
                                  )
                      Defendant   )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for  Protect the Public's Trust   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Government Oversight and Education, Inc d/b/a Protect the Public's Trust  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

D.D.C. Bar ID VA125
BAR IDENTIFICATION NO.

Gary M. Lawkowski
Print Name

2121 Eisenhower Avenue, Suite 608
Address

Alexandria, VA 22314
City            State            Zip Code

703-574-1654
Phone Number