UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 22-0105 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's August 11, 2023 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. On May 27, 2022, the parties agreed upon the search terms that the Department of State ("Department") will use to perform its centralized search for documents potentially responsive to Plaintiff's request. The Department identified approximately 1,200 records based on that search. Since the parties' August 10, 2023 Joint Status Report, the Department has made interim releases to Plaintiff on September 6, 2023, and October 18, 2023. The Department expects to provide Plaintiff with non-exempt, responsive documents on a rolling basis every six weeks until processing is complete, processing an average of 450 pages per production.

3. At this point, of the approximately 1,200 identified records, only approximately 190 records remain. These approximately 190 records contain approximately 2,034 pages.

4. The parties respectfully request that they be permitted to file their next Joint Status Report on or before February 9, 2023, and that further briefing be deferred at this time.

Dated: November 8, 2023                               Respectfully submitted,

                                                                      PROTECT THE PUBLIC'S TRUST
                                                                       By Counsel:

*/s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:            */s/ Douglas C. Dreier*
        DOUGLAS C. DREIER
        D.C. Bar #1020234
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2551

*Attorneys for the United States of America*