UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　Defendant. | Civil Action No. 22-0105 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's November 9, 2023 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On January 14, 2022, Plaintiff initiated this civil action regarding a four-part FOIA request that was submitted on May 13, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. On May 27, 2022, the parties agreed upon the search terms that the Department of State ("Department") will use to perform its centralized search for documents potentially responsive to Plaintiff's request. The Department identified approximately 1,200 records based on that search. Since the parties' November 8, 2023 Joint Status Report, the Department has made interim releases to Plaintiff on November 29, 2023, and January 10, 2024. The Department expects to provide Plaintiff with non-exempt, responsive documents on a rolling basis every six weeks until processing is complete, processing an average of 450 pages per production.

3. At this point, of the approximately 1,200 identified records, only approximately 91 records remain. These approximately 91 records contain approximately 500 pages.

4.	The parties respectfully request that they be permitted to file their next Joint Status Report on or before May 31, 2024, and that further briefing be deferred at this time.

Dated:  February 9, 2024			Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

/s/ Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:	         /s/ Douglas C. Dreier
	DOUGLAS C. DREIER
	D.C. Bar #1020234
	Assistant United States Attorney
	601 D Street, NW
	Washington, DC 20530
	(202) 252-2551

*Attorneys for the United States of America*